# FINANCIAL DISCLOSURE REPORT
## INITIAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Phillips, Mary E. | 2. Court or Organization<br><br>U.S. District Court, Western District of Missouri | 3. Date of Report<br><br>05/05/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination Date<br>☑ Initial ☐ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |
| 7. Chambers or Office Address<br><br>400 East 9th Street<br>Suite 7452<br>Kansas City, MO 64105 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | State of Missouri - Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Phillips, Mary E. | 05/05/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | U.S. Bank | Mortgage on Rental Property, Kansas City, Missouri (Pt. VII, Line 4) | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Phillips, Mary E. | 05/05/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Country Club Bank Account | A | Interest | L | T | | | | | |
| 2. Bank of America Account | A | Int./Div. | | | Closed | 12/03/12 | J | | |
| 3. Discovery Savings Account | B | Int./Div. | | | Closed | 4/3/12 | K | | |
| 4. Rental Property, Kansas City, Missouri ($170,000-2007) | E | Rent | M | R | | | | | |
| 5. Mass. Mutual Variable Life Police - Oppenheimer Cap Appr. | A | Int./Div. | J | T | | | | | |
| 6. Mass. Mutual Virable Life - Fidelity VIP Contrafund | A | Int./Div. | J | T | | | | | |
| 7. Mass. mutual Virable Life - MML Equity Index Division | A | Int./Div. | J | T | | | | | |
| 8. 457(b) Plan #1 (H) | | | | | | | | | |
| 9. American Century Value Fund | | None | J | T | | | | | |
| 10. Drey Appreciation Fund | | None | J | T | | | | | |
| 11. Northwestern Fund D | | None | J | T | | | | | |
| 12. Northwestern International Index A | | None | J | T | | | | | |
| 13. Invesco (X) | | None | J | T | | | | | |
| 14. Vanguard Total Sock Market Index Fund (IRA) | A | Int./Div. | J | T | | | | | |
| 15. T. Rowe Price Small Cap Value Fund (IRA) | A | Int./Div. | K | T | | | | | |
| 16. 457(b) Plan #2 (H) | | | | | | | | | |
| 17. ING Black Rock Large Cap Gr. Port - Inst | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Phillips, Mary E. | 05/05/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ING Templeton Foreign Equity Port - Ins | | None | J | T | | | | | |
| 19. IRA Account #1 (H) | | | | | | | | | |
| 20. T. Rowe Price Retirement Fund (2035) | | None | | | Sold | 12/13/12 | M | D | |
| 21. IRA Account #2 (H) | | | | | | | | | |
| 22. Buffalo Fund - Midcap | A | Dividend | | | Sold | 12/13/12 | K | E | |
| 23. Century Cap Management Small Cap Select | A | Dividend | | | Sold | 12/13/12 | K | D | |
| 24. T. Rowe Price Int. emerging Markets Fund | A | Dividend | | | Sold | 12/13/12 | K | D | |
| 25. Vanguard Retirement Fund (2035) | B | Dividend | | | Sold | 12/13/12 | L | E | |
| 26. 457 (b) Plan #3 - MO 2035 Fund | | None | L | T | | | | | |
| 27. Vanguard Select Value | A | Dividend | K | T | | | | | |
| 28. Brokerage Account #1 (H) | | | | | | | | | |
| 29. Berkshire Hathaway B | A | Dividend | | | Sold | 12/21/12 | K | D | |
| 30. American Fund - Growth Fund of American | A | Dividend | | | Sold | 12/18/12 | K | A | |
| 31. Clipper Fund | A | Dividend | | | Sold | 12/19/12 | K | A | |
| 32. Dodge & Cox Stock Fund | A | Dividend | | | Sold | 12/14/12 | K | C | |
| 33. Greenspring Fund | A | Dividend | | | Sold | 12/19/12 | J | A | |
| 34. Harbor Fund Bond Institutional | A | Dividend | | | Sold | 12/14/12 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Phillips, Mary E. | 05/05/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Jenson Portfolio Fund, Cl J Shares | A | Dividend | | | Sold | 12/14/12 | L | D | |
| 36. Loomis Sayles Bond Fund Retail | A | Dividend | | | Sold | 12/14/12 | J | C | |
| 37. Matthew Pacific Tiger | A | Dividend | | | Sold | 12/19/12 | K | D | |
| 38. Metropolitan West Total Return Fund | A | Dividend | | | Sold | 12/14/12 | K | C | |
| 39. Vanguard Tax Managed capital Appreciation Fund | A | Dividend | | | Sold | 12/13/12 | K | A | |
| 40. Vanguard Primecap Core Fund | A | Dividend | J | T | | | | | |
| 41. Vanguard Tax Managed Small Cap Fund | A | Dividend | | | Sold | 12/18/12 | K | D | |
| 42. Adorn Inc. (2007) | | None | K | W | | | | | |
| 43. Om Financial Fixed Inex Annuity-Prosperity Plus | A | Dividend | J | T | | | | | |
| 44. National Western Life Ins. Equity Indexed Annuity | A | Dividend | K | T | | | | | |
| 45. Alcatel Lucent | | None | J | T | | | | | |
| 46. Brokerage Account #2 (H) | | | | | | | | | |
| 47. UNTS Gugg Flah Crum Prfd - bond | | None | K | T | Buy | 12/17/12 | K | | |
| 48. Missouri Env Imp Ener - bond | | None | K | T | Buy | 12/18/12 | K | | |
| 49. Platte Cnty Mo Reorg - bond | | None | K | T | Buy | 12/18/12 | K | | |
| 50. Kansas City Mo San Swr S - bond | | None | K | T | Buy | 12/18/12 | K | | |
| 51. St. Louis MO MFC Leasehld Assur RV CAV6.34 - bond | | None | K | T | Buy | 12/18/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Phillips, Mary E. | 05/05/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Aflac Inc | | None | J | T | Buy | 12/12/12 | J | | |
| 53. | | | | | Buy (add'l) | 12/18/12 | J | | |
| 54. Boeing | | None | J | T | Buy | 12/12/12 | J | | |
| 55. | | | | | Buy (add'l) | 12/18/12 | J | | |
| 56. Clorox Co | | None | J | T | Buy | 12/12/12 | J | | |
| 57. | | | | | Buy (add'l) | 12/18/12 | J | | |
| 58. Colgate Palmolive | | None | J | T | Buy | 12/12/12 | J | | |
| 59. | | | | | Buy (add'l) | 12/18/12 | J | | |
| 60. CSX Corporation | | None | J | T | Buy | 12/12/12 | J | | |
| 61. | | | | | Buy (add'l) | 12/18/12 | J | | |
| 62. Diageo Plc New GB Spon ADR | | None | J | T | Buy | 12/12/12 | J | | |
| 63. | | | | | Buy (add'l) | 12/18/12 | J | | |
| 64. Intel Corp | | None | J | T | Buy | 12/12/12 | J | | |
| 65. | | | | | Buy (add'l) | 12/18/12 | J | | |
| 66. Johnson & Johnson Com | | None | J | T | Buy | 12/12/12 | J | | |
| 67. | | | | | Buy (add'l) | 12/18/12 | J | | |
| 68. Medtronic | | None | J | T | Buy | 12/12/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Phillips, Mary E. | 05/05/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 12/18/12 | J | | |
| 70. Occidental Petroleum CRP | None | J | T | | Buy | 12/12/12 | J | | |
| 71. | | | | | Buy (add'l) | 12/18/12 | J | | |
| 72. Unilever PLC Amer Shs New Spon | None | J | T | | Buy | 12/12/12 | J | | |
| 73. | | | | | Buy (add'l) | 12/18/12 | J | | |
| 74. United Parcel Service Inc CL B | None | J | T | | Buy | 12/12/12 | J | | |
| 75. | | | | | Buy (add'l) | 12/18/12 | J | | |
| 76. Ishares Trust DJ US Real State - (IYR) | None | K | T | | Buy | 12/12/12 | K | | |
| 77. | | | | | Buy (add'l) | 12/18/12 | J | | |
| 78. Vanguard Index funds Mid-cap Growth (VOT) | None | K | T | | Buy | 12/12/12 | K | | |
| 79. | | | | | Buy (add'l) | 12/18/12 | K | | |
| 80. Vanguard Index Funds Mid-Cap Value (VOE) | None | K | T | | Buy | 12/12/12 | K | | |
| 81. | | | | | Buy (add'l) | 12/18/12 | K | | |
| 82. Vanguard MSCI Emerging Markets (VWO) | None | K | T | | Buy | 12/12/12 | K | | |
| 83. | | | | | Buy (add'l) | 12/18/12 | K | | |
| 84. Vanguard Scottsdale (VONG) | None | L | T | | Buy | 12/12/12 | L | | |
| 85. | | | | | Buy (add'l) | 12/18/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Phillips, Mary E. | 05/05/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Vangaurd Scottsdale (VTWV) | | None | K | T | Buy | 12/12/12 | K | | |
| 87. Vanguard Scottsdale (VTWG) | | None | K | T | Buy | 12/12/12 | K | | |
| 88. Vangaurd MSCI ETF (VEA) | | None | L | T | Buy | 12/12/12 | K | | |
| 89. Powershares DB Commodity Index (DBC) | | None | K | T | Buy | 12/12/12 | K | | |
| 90. | | | | | Buy (add'l) | 12/18/12 | K | | |
| 91. | | | | | | | | | |
| 92. | | | | | | | | | |
| 93. | | | | | | | | | |
| 94. | | | | | | | | | |
| 95. | | | | | | | | | |
| 96. | | | | | | | | | |
| 97. | | | | | | | | | |
| 98. | | | | | | | | | |
| 99. | | | | | | | | | |
| 100. | | | | | | | | | |
| 101. | | | | | | | | | |
| 102. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Phillips, Mary E. | 05/05/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | | | | | | |
| 104. | | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Phillips, Mary E.** | 05/05/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Part VII, Line 13 - American Century International Disc was automatically converted to Invesco by the 457(b) plan administrator

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mary E. Phillips**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544